**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VIETNAM YUZHAN PACKAGING TECHNOLOGY COMPANY LIMITED, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant. ) ) | SUMMONS<br><br>Court No. 26-01225 |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

---

1. (Name and standing of plaintiff):  Plaintiff, Vietnam Yuzhan Packaging Technology Company Limited ("Yuzhan"), is a foreign producer and exporter of the merchandise subject to investigation, thermoformed molded fiber products from the Socialist Republic of Vietnam.

   Plaintiff was a mandatory respondent in the antidumping duty investigation that led to the determination being challenged.  Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiff actively participated in the administrative investigation through the submission of factual information and written argument and, thus, also is a party to the proceeding as defined in 19 C.F.R. § 351.102(b)(29)(i).  Therefore, Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination of sales at less than fair value in its antidumping duty investigation of *Thermoformed Molded Fiber Products From the Socialist*

*Republic of Vietnam* (Case No. A-552-845).  Commerce issued a final determination calculating an individual antidumping duty margin for Plaintiff.

3. (Date of determination):  Commerce issued its final results on September 25, 2025.

4. (If applicable, date of publication in Federal Register of notice of contested determination):  Commerce published its final determination in the *Federal Register* on September 30, 2025 (90 Fed. Reg. 46,791).

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama
Didie Muller
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiff*

February 26, 2026

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson, Esq.
Civil Division, Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230